**07 CRIM. 496**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :    INDICTMENT

    - v. -                                :    07 Cr.

SHAKISHA TRACY,                         :

           Defendant.              :

- - - - - - - - - - - - - - - - - - -x

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED:*

### COUNT ONE

The Grand Jury charges:

1.   From in or about November 2001, through in or about March 2007, in the Southern District of New York and elsewhere, SHAKISHA TRACY, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, TRACY received approximately $56,338 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

/s/ _____
FOREPERSON

/s/ _____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SHAKISHA TRACY,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*[signature]*

1 June 07 TLC: Post 11/1/87 indictment filed.
Assigned to Judge Cote.

Peck, MJ.