UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-AGAINST-<br><br>SHAKISHA TRACY<br><br>DEFENDANT | NOTICE OF APPEARANCE<br><br>07 CRIM 496<br><br>ECF Case |

   Please take notice that Darius Wadia, an attorney admitted to practice before this Court, hereby enters a notice of appearance on behalf of Shakisha Tracy, the defendant in the above captioned matter, by whom I have been retained.

Dated: New York, New York
       June 5, 2007

                                        Respectfully submitted




                                        _____
                                        Darius Wadia
                                        Bar number DW8679
                                        Darius Wadia, L.L.C.
                                        233 Broadway, Suite 2208
                                        New York, New York 10279
                                        (212) 233-1212
                                        dwadia@wadialaw.com