USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,                :       07 CR. 496 (DLC)
       -v-                                :       ORDER
SHAKISHA TRACY,                          :
                  Defendant.    :
------------------------------------X

DENISE COTE, District Judge:

    For the reasons set forth in defense counsel's letter dated September 12, 2007 and having been informed by Government's counsel that it has no objection to the request, the trial date previously set for September 17, 2007 is rescheduled for **October 1, 2007**.

    IT IS FURTHER ORDERED that the parties' Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **noon** on **September 26, 2007**.

    IT IS FURTHER ORDERED that the September 14, 2007 final pretrial conference is rescheduled to **September 27, 2007, at 2 p.m.** Time is excluded from today until October 1, 2007, in the interest of justice, for the reasons set forth in Mr. Wadia's letter, finding that those reasons outweigh the public's and defendant's interest in a speedy trial. 18 USC § 3161(h)(8)(A).

    SO ORDERED

Dated:    New York, New York
             September 13, 2007

                                          _____
                                          DENISE COTE
                                      United States District Judge